**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DONNA JACOBSON,

    Plaintiff,

v.                                      Case No: 8:09-cv-1016-T-30TBM

UNITED OF OMAHA LIFE INSURANCE
COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Amended Stipulation of Dismissal With Prejudice (Dkt. #46). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 21st day of December, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1016 dismiss 46.docx